NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TOMTOM, INC.,**
*Plaintiff/Counterclaim Defendant-Appellee*

**TOMTOM INTERNATIONAL B.V.,**
*Counterclaim Defendant*

**TOMTOM NORTH AMERICA, INC.,**
*Third Party Defendant*

**v.**

**MICHAEL ADOLPH,**
*Defendant/Counterclaimant-Appellant*

---

2016-1277

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:12-cv-00528-TSE-IDD, Judge T. S. Ellis III.

---

**JUDGMENT**

---

BRIAN PANDYA, Wiley Rein, LLP, Washington, DC, argued for plaintiff/counterclaim defendant-appellee. Also represented by KEVIN PAUL ANDERSON, KARIN A.

HESSLER, JAMES HAROLD WALLACE, JR., WESLEY EDENTON WEEKS.

ANTIGONE GABRIELLA PEYTON, Cloudigy Law PLLC, McLean, VA, argued for defendant/counterclaimant-appellant. Also represented by CLYDE E. FINDLEY; PETER JONATHAN TOREN, Washington, DC.

―――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| November 3, 2016 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |